# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4045
_____

STEVEN P. MCKENNEY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

November 21, 2018

PER CURIAM.

The petition for writ of habeas corpus is denied on the merits.

LEWIS, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Steven P. McKenney, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.